**GABRIEL A. MARTINEZ, ESQ.**
Nevada Bar No. 326
**DILLON G. COIL, ESQ.**
Nevada Bar No. 11541
**MICHAEL S. MYERS, ESQ.**
Nevada Bar No. 1494
**GREENMAN GOLDBERG RABY & MARTINEZ**
2770 s. Maryland Pkwy, Suite 100
Las Vegas, NV  89109
Phone:  702. 384.1616 ~ Fax:  702.384.2990
Email: gmartinez@ggrmlawfirm.com
           dcoil@ggrmlawfirm.com
           jpeterson@ggrmlawfirm.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN MERKER,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an entity licensed to do business in the State of Nevada; DOES I through V; and ROE BUSINESS ENTITIES I through V, inclusive,<br><br>Defendants. | CASE NO.: 2:20-cv-00542-JCM-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFF BRIAN MERKER TO FILE HIS OPPOSITION TO DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S MOTION TO DISMISS (FIRST REQUEST)** |

Plaintiff Brian Merker's Opposition to Defendant State Farm Mutual Automobile Insurance Company's Motion to Dismiss was due on April 8, 2020. Defendant's counsel, Benjamin J. Carman, Esq. with Carman Cooney Forbush PLLC, agreed to allow Plaintiff to file his response up to May 6, 2020. With this Court's approval, the parties hereby agree that the deadline for said Opposition to Defendant's Motion to Dismiss shall now be due on May 6, 2020. Plaintiff's counsel requests this extension as he have been extremely ill for the past 10-14 days.

1



1   This stipulation is submitted in good faith and is not interposed for purposes of delay.
2   This is the first request to extend the deadline for filing Plaintiff Brian Merker's Opposition to
3   Defendant State Farm Mutual Automobile Insurance Company's Motion to Dismiss.
4       Respectfully submitted,

6   DATED this 22nd day of April, 2020     DATED this 22nd day of April, 2020

7   **GREENMAN, GOLDBERG, RABY &**         **CARMAN COONEY FORBUSH PLLC**
8   **MARTINEZ**

9   */s/ Dillon G. Coil*                   */s/ Benjamin J. Carman*

11  **GABRIEL A. MARTINEZ, ESQ.**          **BENJAMIN J. CARMAN, ESQ**
    Nevada Bar No. 326                     Nevada Bar No. 12565
    **DILLON G. COIL, ESQ.**               **SEAN D. COONEY, ESQ.**
12  Nevada Bar No. 11541                   Nevada Bar No. 12945
13  **MICHAEL S. MYERS, ESQ.**             4045 Spencer Street, Suite A47
    Nevada Bar No. 1494                    Las Vegas, Nevada 89119
14  2700 s. Maryland Pkwy, Ste. 100        *Attorneys for Defendant*
15  Las Vegas, NV  89109
    *Attorneys for Plaintiff*

2

Case No.: 2:20-cv-00542-JCM-BNW
Stipulation and Order for Extension of time for Plaintiff Brian Merker's Response to Defendant's Motion for Dismiss (First Request)

## ORDER

Based upon the Stipulation of the Parties hereto, and with good cause appearing therefor, IT IS HEREBY ORDERED, that the Stipulation to Extend herein above is hereby Granted.

DATED: April 24, 2020.

_____
UNITED STATES DISTRICT JUDGE