**BENJAMIN J. CARMAN, ESQ.**
NV Bar # 12565
**ROBERT T. HERNANDEZ, ESQ.**
NV Bar # 13892
**CARMAN COONEY FORBUSH PLLC**
4045 Spencer Street Suite A47
Las Vegas, NV 89119
Telephone: (702) 421-0111
Facsimile: (702) 516-1033
service@ccfattorneys.com
Attorneys for Defendant
State Farm Mutual Automobile Insurance Company

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN MERKER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an entity licensed to do business in the State of Nevada; DOES I through V; and ROE BUSINESS ENTITIES I through V, inclusive,<br><br>　　　　　Defendants | 2:20-cv-00542-JCM-BNW<br><br>**STIPULATION & ORDER<br>FOR DISMISSAL<br>WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiff Brian Merker and Defendant State Farm Mutual Automobile Insurance Company by and through their respective counsel of record, that the entire matter be dismissed with prejudice, each party to bear their own fees and costs.

/ /

/ /

It is further stipulated that all current hearings, deadlines, trial dates, and conferences on calendar shall be vacated.

| DATED   February 3, 2022 | DATED   February 3, 2022 |
|---|---|
| **CARMAN COONEY FORBUSH PLLC** | **GREENMAN GOLDBERG RABY & MARTINEZ** |
| /s/Benjamin J. Carman | /s/William T. Martin |
| BENJAMIN J. CARMAN, ESQ.<br>ROBERT T. HERNANDEZ, ESQ.<br>Attorneys for Defendant<br>State Farm Mutual Automobile<br>Insurance Company | WILLIAM T. MARTIN, ESQ.<br>DILLON GARDNER COIL, ESQ.<br>Attorneys for Plaintiff<br>Brian Merker |

**ORDER**

**IT IS SO ORDERED.**

Dated: February 7, 2022

_____
UNITED STATES DISTRICT JUDGE

# CERTIFICATE VIA CM/ECF

Pursuant to FRCP 5, I hereby certify that I am an employee of CARMAN COONEY FORBUSH PLLC, and that on February 3, 2022, I caused to be served via CM/ECF a true and correct copy of the document described herein.

**Document Served:**

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

**Person(s) Served:**
William T. Martin, Esq.
Dillon Gardner Coil, Esq.
**Greenman Goldberg Raby & Martinez**
2770 S. Maryland Pkwy., Suite 100
Las Vegas, NV 89109
Attorney for Plaintiff,
Brian Merker

/s/ Pierra Graham-Blanchard
_____
**CARMAN COONEY FORBUSH PLLC**